WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C,<br><br>Plaintiff,<br>vs.<br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00424-JAD-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 12]**<br><br>**[First Request]**<br><br>[ECF No. 15] |

Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C ("U.S. Bank"), and Defendant, North American Title Insurance Company ("NATIC"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On October 15, 2019, NATIC filed a Motion for Summary Judgment ("Motion") [ECF No. 12];
2. U.S. Bank's current deadline to respond to NATIC's Motion is November 5, 2019;

3. U.S. Bank's Counsel is requesting an additional fourteen (14) days to file its response to NATIC's Motion, and thus requests up to **November 19, 2019**, to file its Opposition;

4. This extension is requested to allow Counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in NATIC's Motion.

5. Counsel for NATIC does not oppose the extension;

6. As a result of U.S. Bank's requested extension, the deadline for NATIC to file a Reply would be December 3, 2019. NATIC's counsel requests up to **December 19, 2019** to file its Reply in Support of the Motion, because the currently-proposed deadline falls immediately after the Thanksgiving holiday.

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 1st day of November, 2019. | DATED this 1st day of November, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KOLESAR & LEATHAM |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C* | */s/ Elizabeth E. Aronson*<br>Aaron R. Maurice, Esq.<br>Nevada Bar No. 6412<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>Elizabeth E. Aronson, Esq.<br>Nevada Bar No. 14472<br>400 S. Rampart Blvd., Ste. 400<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant, North American Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 4th day of November, 2019.

_____
U.S. District Judge Jennifer A. Dorsey