WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00424-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 49] AND MOTION TO SEAL [ECF No. 46]**<br><br>**(Second Request)**<br><br>[ECF No. 62] |

Plaintiff U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C ("Plaintiff"), and Defendant North American Title Insurance Company ("Defendant", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 6, 2023, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 38].
2. On April 27, 2023, Defendant filed its Opposition to Plaintiff's Motion for Partial Summary Judgment [ECF No. 49] (("Opposition"), as well as a Motion for Leave to File its Opposition and Countermotion Under Seal [ECF No. 46] ("Motion for Leave").

3. On May 2, 2023, Defendant filed its Countermotion for Partial Summary Judgment [ECF No. 53] ("Countermotion").

4. Plaintiff's deadline to file its response to Defendant's Opposition, Countermotion and Motion for Leave is May 23, 2023 [ECF No. 61].

5. Plaintiff requests a brief extension until Friday, June 2, 2023 to file its responses to Defendant's Opposition, Countermotion and Motion for Leave. The extension is requested to afford Plaintiff's counsel additional time to review and respond to the arguments in Defendant's briefing as lead counsel for Plaintiff has been out-of-state in trial.

6. Defendant also requests that its deadline to file its Response to Plaintiff's Opposition to Defendant's Countermotion and its Response to Plaintiff's Opposition to Defendant's Motion to Seal be set for June 23, 2023, to afford Defendant's counsel sufficient time to review and respond to the arguments raised in Plaintiff's Oppositions.

7. Counsel for Plaintiff and counsel for Defendant do not oppose the requested extensions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

725373.1

8. This is the second request for these extensions which are made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of May, 2023.                    DATED this 22nd day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP                            EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*                              */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.                              Sophia S. Lau, Esq.,
Nevada Bar No. 13474                                 Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                       8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                  Las Vegas, Nevada 89148
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __25th__ day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE