UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-00424-JAD-EJY<br><br>**ORDER** |

Pending before the Court are three Motions seeking identical relief.  In ECF Nos. 68, 71, and 74, Plaintiff seeks to seal Exhibits O and P attached to its: (1) Response to Defendant's Motion for Leave to File Opposition to Partial Summary Judgment and Countermotion Under Seal (ECF No. 46); (2) Reply in Support of Motion for Partial Summary Judgment (ECF No. 38); and (3) Opposition to Defendant's Countermotion for Partial Summary Judgment (ECF No. 53).  Plaintiff makes identical arguments in each Motion.  Further, Plaintiff's arguments, more fully developed, were carefully considered and discussed in the Court's Order at ECF No. 77.  In that Order, the Court found Exhibits O and P were properly sealed as containing proprietary and confidential business information belonging to Defendant.  *Id*. at 8.  Specifically, the Court stated Defendant's request to seal the document filed as Exhibits O and P "satisfies the compelling reason standard for sealing documents.  The declarations and testimony in support of sealing states that the bulletins comprise confidential and proprietary information belonging to Defendant constituting business information about Defendant's business practices, which is not publicly available or publicly disclosed.  Defendant indicates that disclosure of this information could result in an unfair competitive advantage to its competitors.  The information is maintained by Defendant in a sufficiently confidential manner to support sealing.  The Court does not decide whether the information is trade secret or maintained in a manner that would qualify the bulletins as trade secrets."  *Id*.

1   Based on the foregoing, IT IS HEREBY ORDERED that:

2   1. U.S. Bank's Motion for Leave to File its Response to North American Title Insurance Company's Motion for Leave to File Opposition to Partial Summary Judgment and Countermotion [ECF No. 46] Under Seal (ECF No. 68) is GRANTED;

2. U.S. Bank's Motion for Leave to File its Reply in Support of Motion for Partial Summary Judgment [ECF No. 38] Under Seal (ECF No. 71) is GRANTED; and

3. U.S. Bank's Motion for Leave to File its Opposition to Counter Motion for Partial Summary Judgment [ECF No. 53] Under Seal (ECF No. 74) is GRANTED.

IT IS FURTHER ORDERED that Exhibits O and P to ECF Nos. 38, 46, and 53 are and shall remain sealed.

Dated this 6th day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE