Scott E. Gizer, Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00424-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 75]**<br><br>**[Third Request]**   ECF No. 85 |

Defendant North American Title Insurance Company ("Defendant") and Plaintiff, U.S. Bank National Association, As Successor In Interest to Wachovia Bank, National Association, As Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C's ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 6, 2023, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 38].

2. On April 27, 2023, Defendant filed its Opposition to Plaintiff's Motion for Partial



729441.1

Summary Judgment [ECF No. 49]

3. On May 2, 2023, Defendant filed a Countermotion for Partial Summary Judgment [ECF No. 53] ("Defendant's Countermotion").

4. On June 2, 2023, Plaintiff filed its Opposition to Defendant's Countermotion for Partial Summary Judgment. [ECF No. 75] ("Plaintiff's Opposition").

5. Per stipulation and order, the current deadline for Defendant to file its reply in support of Defendant's Countermotion is June 23, 2023. [ECF No. 64].

6. Defendant requests a twenty-one (21) day extension of its deadline to file its reply in support of Defendant's Countermotion, so that the new deadline is July 14, 2023, to afford Defendant additional time to review and respond to the arguments in Plaintiff's Opposition.

7. Counsel for Plaintiff does not oppose the requested extension.[1]

8. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 22nd day of June, 2023. | DATED this 22nd day of June, 2023. |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & McRAE LLP | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Sophia S. Lau | /s/ Darren T. Brenner |
| Sophia S. Lau, Esq., | Darren T. Brenner, Esq. |
| Nevada Bar No. 13365 | Nevada Bar No. 8386 |
| 8716 Spanish Ridge Avenue, Suite 105 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89117 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

DATED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] Plaintiff consents to the additional time as a professional courtesy. In doing so, Plaintiff does not consent that the additional time can or should be used as an indirect basis to "leap frog" Defendant's Motion to Stay [ECF No. 57] over Plaintiff's prior in time and fully briefed Motion for Partial Summary Judgment, filed on April 6, 2023. [ECF No. 38].

