WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C,<br><br>    Plaintiff,<br>    vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant. | Case No.:  2:19-cv-00424-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

    PLEASE TAKE NOTICE that U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C and Defendant North American Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 27th day of February, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Yanxiong Li
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, As Successor In Interest To Wachovia Bank, National Association, As Trustee For Banc Of America Funding Corporation Mortgage Pass-Through Certificates, Series 2004-C*

DATED this 27th day of February, 2024.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Scott E. Gizer
Scott E. Gizer, Esq.
Nevada Bar No. 12216
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Ave., Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, North American Title Insurance Company*

## ORDER

Based on the parties' stipulation **[ECF No. 109]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 2/27/24